**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHELLE AGUILAR
13901 MIDWAY RD
DALLAS, TX 75244

3:09CV406

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Stella Peterson_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Stelli Peterson   C. Date of Delivery 3/9/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 6071 9684

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

