# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES - GENERAL

**Case No.:** 3:09-CV-406     **At:** Knoxville, TN - Chambers     **Date:** March 2, 2011

**Style:** Michelle Aguilar **vs** Hubbell Lenoir City, Inc.

---

**Present Before:** Honorable Bruce Guyton, U.S. Magistrate Judge

| N/A | N/A | Katherine Layman |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| N/A - Plaintiff pro se. | Ashley B. Abel (via telephone) |
|---|---|
| (Plaintiff not present) | Lisa Claxton (via telephone) |
| **Attorney Present for Plaintiff** | **Attorneys Present for Defendant** |

**Proceedings:** The Court conducted a telephone conference regarding a discovery dispute in this case. Despite receiving notice of the scheduled telephone conference, the Plaintiff did not participate nor could she be located. The Defendant was given leave to file a Motion to Compel with Request for Sanctions.

**Time:** 2:35 p.m. **to** 2:40 p.m.